IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **MICHAEL M. PATTI,** | ) | No. 13 B 06678 |
| **DOREEN PATT,** | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:   See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on September 21, 2017, by First Class U.S. Mail to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                          BY:/s/ Gina B. Krol
                                                            Ch 7 Bankruptcy Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 13-06678<br>Northern District of Illinois<br>Chicago<br>Thu Sep 21 16:27:46 CDT 2017 | (p)ALLIANT CREDIT UNION<br>BANKRUPTCY DEPARTMENT<br>11545 W TOUHY AVE<br>CHICAGO IL 60666-5000 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| AT&T<br>Bankruptcy Dept<br>Attn: Linda Adams<br>6021 S Rio Grande Ave, 1st Fl<br>Orlando, FL 32809-4613 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Cap1/bstby<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 | Cap1/music<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Charter 1 Cc<br>1000 Lafayette Blvd<br>Bridgeport, CT 06604-4725 |
| Charter One Na<br>PO Box 7000<br>Providence, RI 02940-7000 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Citizens Bank<br>443 Jefferson Blvd<br>Ms: Rjw-135<br>Warwick, RI 02886-1321 |
| Comenity Bank/carsons<br>3100 Easton Square Pl<br>Columbus, OH 43219-6232 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Elmhurst Memorial Hospital<br>PO Box 92348<br>Chicago, IL 60675-2348 |
| Gecrb/dicks<br>P.o. Box 965005<br>Orlando, FL 32896-5005 | Gecrb/gap<br>Po Box 965005<br>Orlando, FL 32896-5005 | Gemb/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Gemb/care Credit<br>Attn: bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Gemb/cost Plus World M<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Gemb/oldnavydc<br>Attn: bankruptcy<br>Po Box 130104<br>Roswell, GA 30076 |
| Gottlieb Memorial<br>701 W North Ave.<br>Melrose Park, IL 60160-1699 | Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | Loyola Health System<br>PO Box 3159<br>Oak Brook, IL 60522-3159 |
| Nordstrom FSB<br>Attention: Account Services<br>Po Box 6566<br>Englewood, CO 80155-6566 | PayPal<br>PO Box 960080<br>Orlando, FL 32896-0080 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |

| | | |
|---|---|---|
| Rnb-fields3/Macy's<br>Macy's Bankruptcy Department<br>Po Box 8053<br>Mason, OH 45040-8053 | Sovereign Bk<br>Mc: 10-6438-CC7<br>601 Penn St.<br>Reading, PA 19601-3544 | Tnb-visa (TV) / Target<br>C/O Financial & Retail Services<br>Mailstop BV   P.O.Box 9475<br>Minneapolis, MN 55440-9475 |
| Untd Air Ecu<br>Alliant Credit Union LPR Departmen<br>Po Box 66945<br>Chicago, IL 60666-0945 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd.<br>Suite 305<br>Skokie, IL 60077-2281 | Doreen Patti<br>424 Huntington Lane<br>Elmhurst, IL 60126-3650 |
| Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 | Michael M Patti<br>424 Huntington Lane<br>Elmhurst, IL 60126-3650 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Alliant Credit Union<br>11545 W Touhy Ave<br>Chicago, IL 60666 | Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | Citibank Usa<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 20507<br>Kansas City, MO 64195 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Eugene K Hollander

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39

UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
§
PATTI, MICHAEL M § Case No. 13-06678 JSB
PATTI, DOREEN §
§
§
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 10/20/2017 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/21/2017        By: Gina B. Krol
                                            Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PATTI, MICHAEL M § Case No. 13-06678 JSB
PATTI, DOREEN §
§
Debtors §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 50,000.00 |
| and approved disbursements of | $ | 35,250.86 |
| leaving a balance on hand of[1] | $ | 14,749.14 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 4,250.00 | $ 0.00 | $ 4,250.00 |
| Trustee Expenses: GINA B. KROL | $ 4.35 | $ 0.00 | $ 4.35 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,728.50 | $ 0.00 | $ 2,728.50 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 23.46 | $ 0.00 | $ 23.46 |
| Other: EUGENE K. HOLLANDER | $ 20,000.00 | $ 20,000.00 | $ 0.00 |
| Other: EUGENE K. HOLLANDER | $ 206.95 | $ 206.95 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 7,006.31 |
| Remaining Balance | | | $ 7,742.83 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,664.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 56.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for TD Bank, USA PO Box 248866 Oklahoma City, OK 73124-8866 | $ 5,398.39 | $ 0.00 | $ 3,058.85 |
| 000002 | Quantum3 Group LLC as agent for MOMA Funding LLC PO Box 788 Kirkland, WA 98083-0788 | $ 1,747.55 | $ 0.00 | $ 990.20 |
| 000003 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 769.04 | $ 0.00 | $ 435.76 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 2,153.15 | $ 0.00 | $ 1,220.02 |
| 000005 | Capital One, N.A. c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | $ 3,596.75 | $ 0.00 | $ 2,038.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 7,742.83 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.