# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PATTI, MICHAEL M § Case No. 13-06678 JSB
PATTI, DOREEN §
§
Debtors §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 247,220.00                    Assets Exempt: 55,335.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 7,742.83       Claims Discharged
                                                 Without Payment: 5,922.05

Total Expenses of Administration: 27,257.17

---

3) Total gross receipts of $ 50,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 35,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 27,257.26 | 27,257.17 | 27,257.17 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 13,664.88 | 13,664.88 | 7,742.83 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 40,922.14 | $ 40,922.05 | $ 35,000.00 |

    4) This case was originally filed under chapter 7 on 02/21/2013 . The case was pending for 60 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/17/2018    By:/s/GINA B. KROL
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SEXUAL ABUSE AGAINST ARCHDIOCESE OF CHICAGO | 1249-000 | 50,000.00 |
| TOTAL GROSS RECEIPTS | | $ 50,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MICHAEL PATTI | Exemptions | 8100-000 | 15,000.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 15,000.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KROL, GINA B. | 2100-000 | NA | 4,250.00 | 4,250.00 | 4,250.00 |
| KROL, GINA B. | 2200-000 | NA | 4.35 | 4.35 | 4.35 |
| ASSOCIATED BANK | 2600-000 | NA | 43.91 | 43.91 | 43.91 |
| COHEN & KROL | 3110-000 | NA | 1,819.00 | 1,819.00 | 1,819.00 |
| KROL, GINA B. | 3110-000 | NA | 909.59 | 909.50 | 909.50 |
| COHEN & KROL | 3120-000 | NA | 23.46 | 23.46 | 23.46 |
| EUGENE K. HOLLANDER | 3210-600 | NA | 20,000.00 | 20,000.00 | 20,000.00 |
| EUGENE K. HOLLANDER | 3220-610 | NA | 206.95 | 206.95 | 206.95 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 27,257.26 | $ 27,257.17 | $ 27,257.17 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | NA | 5,398.39 | 5,398.39 | 3,058.85 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 769.04 | 769.04 | 435.76 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 2,153.15 | 2,153.15 | 1,220.02 |
| 000005 | CAPITAL ONE, N.A. | 7100-900 | NA | 3,596.75 | 3,596.75 | 2,038.00 |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-900 | NA | 1,747.55 | 1,747.55 | 990.20 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 13,664.88 | $ 13,664.88 | $ 7,742.83 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-06678 JSB   Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | PATTI, MICHAEL M | Date Filed (f) or Converted (c): | 02/21/13 (f) |
| | PATTI, DOREEN | 341(a) Meeting Date: | 03/19/13 |
| For Period Ending: | 01/17/18 | Claims Bar Date: | 03/08/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 424 HUNTINGTON LANE, ELMHURST | 268,000.00 | 0.00 | | 0.00 | FA |
| 2. CHARTER ONE CHECKING | 3,100.00 | 0.00 | | 0.00 | FA |
| 3. CHARTER ONE MONEY MARKET | 5.00 | 0.00 | | 0.00 | FA |
| 4. CHARTER ONE SAVINGS | 5.00 | 0.00 | | 0.00 | FA |
| 5. ALLIANCE SAVINGS ACCOUNT | 5.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 10. GLOCK | 300.00 | 0.00 | | 0.00 | FA |
| 11. LIFE INSURANCE (TERM) | 0.00 | 0.00 | | 0.00 | FA |
| 12. 401K PLANS | Unknown | 0.00 | | 0.00 | FA |
| 13. POLICE PENSION | Unknown | 0.00 | | 0.00 | FA |
| 14. 2009 DODGE CHARGER | 10,000.00 | 0.00 | | 0.00 | FA |
| 15. 2004 FORD EXPLORER | 4,000.00 | 0.00 | | 0.00 | FA |
| 16. PETS | 20.00 | 0.00 | | 0.00 | FA |
| 17. SEXUAL ABUSE AGAINST ARCHDIOCESE OF CHICAGO (u) | Unknown | 1.00 | | 50,000.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $287,555.00 | $1.00 | | $50,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST for review

LFORM1

Ver: 20.00g

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-06678   JSB   Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | PATTI, MICHAEL M | Date Filed (f) or Converted (c): | 02/21/13 (f) |
| | PATTI, DOREEN | 341(a) Meeting Date: | 03/19/13 |
| | | Claims Bar Date: | 03/08/17 |

August 24, 2017, 10:00 am

Settlement has been reached; ordered entered approving same on 5/26/17; awaiting receipt of funds; TFR to follow June 08, 2017, 09:07 am

Initial Projected Date of Final Report (TFR): 12/31/18     Current Projected Date of Final Report (TFR): 12/31/17

/s/    GINA B. KROL
_____    Date: 01/17/18
         GINA B. KROL

LFORM1    Ver: 20.00g

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-06678 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | PATTI, MICHAEL M | | Bank Name: | ASSOCIATED BANK |
| | PATTI, DOREEN | | Account Number / CD #: | *******8028 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1142 | | | |
| For Period Ending: | 01/17/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/15/17 | 17 | ARCHDIOCESE OF CHICAGO PROTECTED SELF-INSURANCE PROG | | 1249-000 | 50,000.00 | | 50,000.00 |
| 06/19/17 | 030001 | EUGENE K. HOLLANDER 230 W. MONROE, STE 1900 CHICAGO, IL 60606 | FEES AND EXPENSES TO SPECIAL COUNSE | | | 20,206.95 | 29,793.05 |
| | | | Fees           20,000.00 | 3210-600 | | | |
| | | | Expenses          206.95 | 3220-610 | | | |
| 06/19/17 | 030002 | MICHAEL PATTI 424 HUNTINGTON LANE ELMHURST, IL  60126 | DEBTOR'S EXEMPTION | 8100-000 | | 15,000.00 | 14,793.05 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.95 | 14,771.10 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.96 | 14,749.14 |
| 10/23/17 | 030003 | GINA B. KROL 105 W. Madison Suite 1100 Chicago, IL 60602 | Final Distribution | 2100-000 | | 4,250.00 | 10,499.14 |
| 10/23/17 | 030004 | GINA B. KROL 105 W. Madison Suite 1100 Chicago, IL 60602 | Final Distribution | 2200-000 | | 4.35 | 10,494.79 |
| 10/23/17 | 030005 | GINA B. KROL 105 W. Madison Suite 1100 Chicago, IL 60602 | Final Distribution | 3110-000 | | 909.50 | 9,585.29 |
| 10/23/17 | 030006 | Cohen & Krol Attorneys for Trustee 105 W. Madison Street Suite 1100 Chicago, IL  60602 | Final Distribution | 3110-000 | | 1,819.00 | 7,766.29 |

Page Subtotals        50,000.00        42,233.71

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 8)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-06678 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | PATTI, MICHAEL M | | Bank Name: | ASSOCIATED BANK |
| | PATTI, DOREEN | | Account Number / CD #: | *******8028 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1142 | | | |
| For Period Ending: | 01/17/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/23/17 | 030007 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | 3120-000 | | 23.46 | 7,742.83 |
| 10/23/17 | 030008 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Final Distribution | 7100-900 | | 3,058.85 | 4,683.98 |
| 10/23/17 | 030009 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Final Distribution<br>(2-1) Money Loaned | 7100-900 | | 990.20 | 3,693.78 |
| 10/23/17 | 030010 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution | 7100-900 | | 435.76 | 3,258.02 |
| 10/23/17 | 030011 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution | 7100-900 | | 1,220.02 | 2,038.00 |
| 10/23/17 | 030012 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Final Distribution | 7100-900 | | 2,038.00 | 0.00 |

Page Subtotals  0.00  7,766.29

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-06678 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | PATTI, MICHAEL M | | Bank Name: | ASSOCIATED BANK |
| | PATTI, DOREEN | | Account Number / CD #: | *******8028 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1142 | | | |
| For Period Ending: | 01/17/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 50,000.00 | 50,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 50,000.00 | 50,000.00 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 50,000.00 | 35,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********8028) | 50,000.00 | 35,000.00 | 0.00 |
| | 50,000.00 | 35,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*